# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:08CR134-C

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **JAIME HUMBERTO SANDOVAL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion To Adopt and Conform Applicable Motions of Each and Every Other Co-Defendant" filed May 13, 2009 (document #516).

After reviewing Defendant's Motion, and considering the complexity of this case, the number of pending motions, as well as the fact that several pending motions are made ex parte and under seal, the Defendant's Motion is **DENIED** without prejudice allowing Defendant to designate specific motions filed by his co-Defendants and move the Court to adopt and conform those motions.

**SO ORDERED.**

Signed: May 13, 2009

David S. Cayer
United States Magistrate Judge