IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00134-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAIME SANDOVAL (19) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon granting in part Petitioner's Motion to Vacate his sentence. (Doc. No. 1685: Order).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have Jaime Sandoval (Reg. No. 23078-058) present in Charlotte, North Carolina forthwith, but not later than March 23, 2020, at 10 a.m. for a sentencing hearing.

**IT IS FURTHER ORDERED** that Federal Public Defender shall designate counsel promptly to represent Petitioner for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order to Petitioner, the Federal Public Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 6, 2020

Robert J. Conrad, Jr.
United States District Judge