IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00134-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAIME SANDOVAL (19) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon granting in part Petitioner's Motion to Vacate his sentence. (Doc. No. 1685: Order).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have Jaime Sandoval (Reg. No. 23078-058) present in Charlotte, North Carolina forthwith, but not later than October 29, 2020, at 9 a.m. for a sentencing hearing.

The Clerk is directed to certify copies of this Order to Counsel for the Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: September 30, 2020

Robert J. Conrad, Jr.
United States District Judge